**APPENDIX A**

## United States Bankruptcy Court
### District of Maryland

In re  **Michael Neil Robin**
      **Sandra Ann Robin**
                                  Debtor(s)

Case No.  **15-16132**
Chapter   **13**

## CHAPTER 13 PLAN

☐ Original Plan          ■ Amended Plan          ☐ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):

    a. $__**958.00**__ per month for a term of __**60**__ months. OR

    b. $____ per month for ____ month(s),
       $____ per month for ____ month(s),
       $____ per month for ____ month(s), for a total term of ____ months. OR

    c. $____ per month prior to confirmation of this plan, and $____ per month after confirmation of this plan, for a total term of ____ month(s),

2. From the payments received, the Trustee will make the disbursements in the order described below:
    a. Allowed unsecured claims for domestic support obligations and trustee commissions.
    b. Administrative claims under 11 U.S.C. § 507(a)(2), including attorney's fee balance of $__**0.00**__ (unless allowed for a different amount by an order of Court).
    c. Claims payable under 11 U.S.C. § 1326(b)(3). Specify the monthly payment: $__**0.00**__.
    d. Other priority claims defined by 11 U.S.C. § 507(a)(3) - (10). The Debtor anticipates the following claims:

| Claimant | Amount of Claim |
|---|---|
| **Comptroller of the Treas** | 3,341.00 |
| **Internal Revenue Service** | 28,333.96 |

    e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

        i. Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii or 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
| **-NONE-** | | |

        ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| **Bank of Americ** | 419.20 | 27.95 | 15 |
| **Bayview Loan Servicing, LLC** | 12,382.43 | 825.50 | 15 |

**Local Bankruptcy Form M**

Ver.09.11

   iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos. |
|---|---|---|---|---|
| -NONE- | | | | |

   iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

| Claimant | Amount of Claim | Description of Collateral |
|---|---|---|
| Starwood Vacation Ownership | 4,000.00 | Timeshare located at St. Augustine FL. |
| Starwood Vacation Ownership (Dues) | 0.00 | Timeshare located at St. Augustine FL. |

   v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

Claimant
**Ally Financial**
**Fidelity Investment**
**Fidelity Investment**

   vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

   vii. In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

  f. After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims.  (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order.  The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

| Claimant | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case.  For the purposes of the imposition of default interest and post-petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

| <u>Other Party</u> | <u>Description of Contract or Lease</u> | <u>Assumed or Rejected</u> |
|---|---|---|
| **-NONE-** | | |

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. § 1328, or upon dismissal of the case, or upon closing of the case.

8. Non-Standard Provisions:
   **Robert J. Haeger, Attorney for the Debtor(s), Maryland Federal Bar No. 25434**
   **11403 Seneca Forest Circle, Germantown, MD 20876**
   **Voice (888) 463-3520; Fax (240) 454-8193; www.haegerlaw.com**

Date **September  8, 2015**        Signature  **/s/ Michael Neil Robin**
                                              **Michael Neil Robin**
                                              Debtor

Date **September  8, 2015**        Signature  **/s/ Sandra Ann Robin**
                                              **Sandra Ann Robin**
                                              Joint Debtor

Attorney  **/s/ Robert J. Haeger**
          **Robert J. Haeger**

# United States Bankruptcy Court
## District of Maryland

In re **Michael Neil Robin / Sandra Ann Robin**
Debtor(s)

Case No. **15-16132**
Chapter **13**

## PRE-CONFIRMATION CERTIFICATION - AMENDED

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date **September 8, 2015**   Signature **/s/ Michael Neil Robin**
**Michael Neil Robin**
Debtor

Date **September 8, 2015**   Signature **/s/ Sandra Ann Robin**
**Sandra Ann Robin**
Joint Debtor

**Local Bankruptcy Form O**
Ver. 11.07

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | |
|---|---|---|
| In re: | : | |
| Michael Neil Robin | : | Case No. 15-16132-WIL |
| Sandra Ann Robin | : | |
| Debtors | : | Chapter 13 |

CERTIFICATE OF SERVICE
OF AMENDED CHAPTER 13 PLAN

      I hereby certify that, to the extent the following persons were not served electronically by the CM/ECF system, I caused a copy of the captioned Debtors' Amended Chapter 13 Plan, with a copy of the Order Denying Confirmation of Chapter 13 Plan with Leave to Amend, to be sent on September 8, 2015, by first class U.S. mail, postage prepaid, to the case trustee and to the creditors and other parties in interest listed on the attached Court's mailing matrix.

Nancy L. Spencer Grigsby
Chapter 13 Trustee
4201 Mitchellville Rd., Ste 401
Bowie, MD 20716

                                                                      */s/ Robert J. Haeger, September 8, 2015*
                                                                      Robert J. Haeger, Bar No. 25434
                                                                       Attorney for the Debtors
                                                                       11403 Seneca Forest Circle
                                                                       Germantown, MD 20876
                                                                       (888) 463-3520; www.haegerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 15-16132<br>District of Maryland<br>Greenbelt<br>Tue Sep  8 14:30:18 EDT 2015 | BANK OF AMERICA, N.A.<br>BUILDING C, 2380 PERFORMANCE DR<br>RICHARDSON, TX 75082-4333 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>PO Box 8140<br>Cockeysville, MD 21030-8140 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 |
| American Express --Costco card<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Ashley Funding Services, LLC<br>c/o Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | Bank of Americ<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America<br>BK Dept NC4-105-03-14<br>POB 26012<br>Greensboro, NC 27420-6012 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 26012, NC4-105-02-99<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclaycard<br>Card Services<br>PO Box 8802<br>Wilmington, DE 19899-8802 | Bayview Loan Servicing, LLC<br>Customer Service Dept<br>4425 Ponce De Leon Blvd., 5th FL<br>Miami, FL 33146-1837 | Bayview Loan Servicing, LLC, a Delaware Limi<br>4425 Ponce De Leon Boulevard, 5th Floor<br>Coral Gables, FL 33146-1837 |
| Best Buy Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179-0441 | Billing & Management Services, LLC<br>3414 Morningwood Dr<br>Olney, MD 20832-2260 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Capital One<br>PO Box 30273<br>Salt Lake City, UT 84130-0273 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| Cavalry Spv 1, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite &#035;<br>Tucson, AZ 85712-1097 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Customer Service<br>Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Comenity Capital Bank<br>Bankruptcy Dept<br>PO Bosx 183043<br>Columbus, OH 43218-3043 | Comptroller of the Treas<br>Income Tax Dv-Legal Unit<br>Income Tax Bldg<br>110 Carroll St<br>Annapolis, MD 21411-1000 |

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division - Room 409<br>301 West Preston Street<br>Baltimore, MD 21201-2305 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Discover<br>PO Box 30421<br>Salt Lake City, UT 84130-0421 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Fidelity Investment<br>82 Devonshire St<br>Boston, MA 02109-3614 |
| GC Services<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081-1108 | GTFFBC I<br>PO Box 96711<br>Washington, DC 20090-6711 | Germantown FFBC, I, LLC.<br>c/o<br>Stacy S. Pickett, Esquire<br>264 Merrimac Court<br>P.O. Box 590<br>Prince Frederick, MD 20678-0590 |
| MetLife Disability<br>Offset Recovery Unit<br>PO Box 6171<br>Utica, NY 13504-6171 | NASA FCU<br>Correspondence Address<br>PO Box 31535<br>Tampa, FL 33631-3535 | NASA FCU<br>R.A. Rogers, Inc.<br>PO Box 3302<br>Crofton, MD 21114-0302 |
| NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 | Nordstrom<br>PO Box 6555<br>Englewood, CO 80155-6555 | Nordstrom Fsb<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| North American Credit Services<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SHADY GROVE ADVENTIST HOSPITAL<br>C/O KEVIN B WILSON LAW OFFICES<br>2810 WALKER RD STE 102<br>CHATTANOOGA, TN 37421-1082 | SVO Vistana Villages, Inc.<br>Starwood Vacation Ownership, Inc.<br>Loan Servicing Administration<br>9002 San Marco Court<br>Orlando, FL 32819-8600 | SYNCB/Havertys<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Sears Credit Cards<br>PO box 6282<br>Sioux Falls, SD 57117-6282 | Shady Grove Adv Hospital<br>9901 Medical Ctr Dr<br>Rockville, MD 20850-3395 | Stanley Cohen, DDS PA<br>18109 Prince Philip Dr., Ste 250<br>Olney, MD 20832-1592 |
| Starwood Vacation Ownership<br>9002 San Marco Ct<br>Orlando, FL 32819-8600 | Starwood Vacation Ownership (Dues)<br>Owners Association<br>9002 San Marco Ct<br>Orlando, FL 32819-8600 | State of Maryland<br>Central Collection Unit<br>300 West Preston St<br>Baltimore, MD 21201-2307 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Synchrony Bank -- Lord & Taylor<br>PO Box 965016<br>Orlando, FL 32896-5016 |

| | | |
|---|---|---|
| Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | eCAST Settlement Corporation, assignee<br>of Citibank, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Michael Neil Robin<br>18218 Dark Star Way<br>Boyds, MD 20841-6108 |
| Nancy Spencer Grigsby<br>4201 Mitchellville Road<br>Suite 401<br>Bowie, MD 20716-3164 | Robert Haeger<br>Haeger Law<br>11403 Seneca Forest Circle<br>Germantown, MD 20876-4307 | Sandra Ann Robin<br>18218 Dark Star Way<br>Boyds, MD 20841-6108 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | (d)Fia Card Services<br>Billing Inquiries<br>PO Box 982235<br>El Paso, TX 79998 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    65
Bypassed recipients     0
Total                  65